[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-10322
Non-Argument Calendar

_____

D.C. Docket No.  1:19-cr-00197-JB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS EDWARD BURNS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(July 24, 2020)

Before MARTIN, ROSENBAUM and LAGOA, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Weaver*, 275 F.3d 1320, 1333 (11th Cir. 2001) (appeal waiver will be enforced where the waiver provision was discussed during the plea colloquy and defendant agreed that she understood the provision and entered into it freely and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (appeal waiver will be enforced where magistrate judge specifically questioned defendant about the appeal waiver during the plea colloquy, explained its significance, and confirmed that defendant understood).